# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RODERICK D. MAXWELL**  **PLAINTIFF**
*ADC #154561*

v.     CASE NO. 2:25-CV-00045-BSM-JJV

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 6] is adopted; Roderick Maxwell is allowed to proceed with his Eighth Amendment claim against defendant Hawkins regarding his February 13, 2025 suicide attempt; all other claims and defendants are dismissed without prejudice; and it is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith. The clerk is directed to change the style of the case to *Maxwell v. Hawkins*.

IT IS SO ORDERED this 2nd day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE